# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ERNEST R. DVORAK**                                          **PLAINTIFF**

**VS.**               **CASE NO. 4:22-CV-00412 BRW/ PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                  **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 15th day of September 2023.

                                                    BILLY ROY WILSON
                                                    UNITED STATES DISTRICT JUDGE