IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERNEST R. DVORAK**                                                                                       **PLAINTIFF**

**V.**                                          **CASE NO. 4:22-CV-00412 BRW-PSH**

**KILOLO KIJAKAZI,**
Acting Commissioner, Social Security Administration                           **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. No. 22).

Defendant has responded to the Motion (Doc. 24), and the objections are well taken.

Accordingly, Plaintiff's motion is GRANTED IN PART and he is entitled to $6,533.00 in attorney's fee.

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.[1]

IT IS SO ORDERED this 6th day of November, 2023.

BILLY ROY WILSON
_____
UNITED STATES DISTRICT JUDGE

---

[1] *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).